No. 74–877. HARDEN, COMMISSIONER OF HUMAN RESOURCES OF GEORGIA *v.* PARKS. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for

further consideration in light of *Burns* v. *Alcala,* 420 U. S. 575 (1975).